DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUNIO SAINVIL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1926

[February 4, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case Nos. 14-9820CF10A and 14-10027CF10A.

Junio Sainvil, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***